IN THE SUPREME COURT OF THE STATE OF NEVADA

KYRON BREWINGTON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE
JACQUELINE M. BLUTH, DISTRICT
JUDGE; AND SHERIFF JOSEPH
LOMBARDO,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82290

FILED

MAR 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of habeas corpus challenges a district court order denying a pretrial petition for a writ of habeas corpus. An original petition for a writ of habeas corpus is the improper method to challenge the district court's decision to deny a pretrial petition for a writ of habeas corpus. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court."). Moreover, this court's review of a pretrial probable cause determination through an original petition is disfavored, *see Kussman v. Eighth Judicial Dist. Court*, 96 Nev. 544, 545-46, 612 P.2d 679, 680 (1980); and the challenge to the probable cause determination in this case does not fit the exception we have

21-06878

made for purely legal issues, *see Ostman v. Eighth Judicial Dist. Court*, 107 Nev. 563, 565, 816 P.2d 458, 460 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver


cc:     Hon. Jacqueline M. Bluth, District Judge
        Law Offices of John G. Watkins
        The Pariente Law Firm, P.C.
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk